# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAOLO GIOVANNI PRONESTI,
Appellant,

vs.

MACINA MARIE RAMETTA,
Respondent.

No. 78465

**FILED**

MAY 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order filed September 10, 2013 granting defendant primary physical custody and permission to relocate. Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The order identified in the notice of appeal was entered September 10, 2013, and served on appellant by mail on September 11, 2013. Appellant filed the notice of appeal on March 26, 2019, almost 6 years later. This court therefore lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____ C.J.
Gibbons

_____ , J.
Stiglich

_____ , J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-22350

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Paolo Giovanni Pronesti
Macina Marie Rametta
Eighth District Court Clerk